

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747

Daniel Gomez-Sanchez
Shareholder
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

November 21, 2022

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Ramirez v. United Parcel Service, Inc.*
      22-cv-9163 (PAE)

Dear Judge Engelmayer:

This firm represents United Parcel Service, Inc. ("UPS") in the above-referenced action. We write with the consent of Plaintiff to respectfully request an extension of time to respond to the Complaint until December 16, 2022.

The extension is necessary because we are still investigating Plaintiff's allegations. In addition, given Plaintiff's current employment with UPS, we remain in communication with Plaintiffs' counsel concerning Plaintiff's claims and whether a resolution is possible. This is our first request for an extension of time to respond to the Complaint. Plaintiff's counsel consents to the extension.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

cc:   Reyna N. Lubin (via e-mail)
      RLubin@EandBLaw.com
      Attorney for Plaintiff

4887-1770-3487.1 / 110830-1066

Granted.  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
November 28, 2022

littler.com